AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| William T. Walters, | ) | | |
|---|---|---|---|
| *Plaintiff* | ) | | |
| v. | ) | Case No. | 20 Civ. 8803 (AKH) |
| Preetinder Bharara et al., | ) | | |
| *Defendant* | ) | | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendants Preetinder Bharara, George Venizelos, Richard Zabel, Telemachus Kasulis, and Daniel Goldman.

Date: 02/11/2021

/s/ Sarah S. Normand
*Attorney's signature*

Sarah Normand
*Printed name and bar number*

United States Attorney's Office
Southern District of New York
86 Chambers Street, 3rd Floor
New York, NY 10007
*Address*

sarah.normand@usdoj.gov
*E-mail address*

(212) 637-2709
*Telephone number*

(212) 637-2730
*FAX number*