UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_____X

**WILLIAM T. WALTERS,**
     **Plaintiff**

Vs.                         Case No.: 20-cv-8803

**PREETINDER BHARARA, DAVID CHAVES,
GEORGE VENIZELOS, RICHARD ZABEL,
TELEMACHUS KASULIS, DANIEL GOLDMAN,
and DOES 1-50, INCLUSIVE,**
     **Defendants**
_____X

**ORDER**

Upon consideration of Defendant's, DAVID CHAVES, Consent Motion to Extend his time to file his responsive pleading, and for good cause shown, it is hereby **ORDERED** that:

1. Defendant's, David Chaves, Motion is **GRANTED;**

2. Defendant's, David Chaves, time to file his responsive pleadings is extended by 7 days, to and including April 12, 2021.

3. If Defendant's, David Chaves, responsive pleading is a pre-answer Motion to Dismiss, then, pursuant to the Court's Order dated March 18, 2021, the Plaintiff's Responses to said motion shall be May 28, 2021 and the Defendant's Reply shall be June 28, 2021.

SO ORDERED this   2nd   day of April,  2021.

                                                        /s/ Hon. Alvin K. Hellerstein
                                                        Hon.  Alvin K. Hellerstein