**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------X

WILLIAM T. WALTERS,

                     Plaintiff,                20 **CIVIL** 8803 (AKH)

        -v-                                     **JUDGMENT**

PREETINDER BHARARA, DAVID CHAVES,
GEORGE VENIZELOS, RICHARD ZABEL,
TELEMACHUS KASULIS, DANIEL
GOLDMAN, and DOES 1-50, INCLUSIVE,

                     Defendants.

-----------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated September 13, 2021, the motions to dismiss are granted; the complaint is dismissed, and judgment is entered in the Defendant's favor; accordingly, the case is closed.

**Dated:**  New York, New York
          September 14, 2021

                                                             **RUBY J. KRAJICK**
                                                              _____
                                                                  **Clerk of Court**
                                                    **BY:** _____
                                                                  **Deputy Clerk**